UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OLEKSANDRA POMOHAIBO,

Plaintiff,

v.

WESTERN UNION FINANCIAL SERVICES, INC., et al.,

Defendants.

Case No. 26-cv-12868-SVK

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby **REFERRED** to the Honorable Nathanael M. Cousins for consideration of whether the case is related to *Rodionova v. Western Union Financial Servs., Inc.*, 25-cv-3054-NC.

**SO ORDERED.**

Dated: November 10, 2026

SUSAN VAN KEULEN
United States Magistrate Judge

United States District Court
Northern District of California